UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, ET AL., | No. C-13-01735 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| GREGORY ALAN PICKETT, ET AL., | |
| Defendant(s). | |

Defendant Wells Fargo's motion to dismiss [Docket No. 8] is set for a hearing on June 27, 2013. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on May 28, 2013, but no such opposition has been received. **Plaintiffs are ordered to respond by June 6, 2013, and show cause for their failure to respond** to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiffs do not respond by June 6, 2013, Defendant's motion may be granted.

IT IS SO ORDERED.

Dated: May 30, 2013

DONNA M. RYU
United States Magistrate Judge