UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, ET AL., | No. C-13-01735 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GREGORY ALAN PICKETT, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for July 17, 2013 at 1:30 pm has been CONTINUED to **July 18, 2013 at 11 a.m.**, at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). The Case Management Statement is due no later than **July 11, 2013.**

IT IS SO ORDERED.

Dated: July 2, 2013

DONNA M. RYU
United States Magistrate Judge