UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, ET AL., | No. C-13-01735 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION HEARINGS** |
| v. | |
| GREGORY ALAN PICKETT, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for July 18, 2013 has been CONTINUED to **11:00 a.m. on August 8, 2013.** The Case Management Statement is due no later than **August 1, 2013.**

The previously scheduled hearing dates for the motions to dismiss by Defendant Wells Fargo [Docket No. 8], Defendant Erin Rothfuss [Docket No. 16], and Defendants Gregory Alan Pickett, Penny Jane Pickett, and Bobbie White [Docket No. 30] are VACATED. A hearing on all three motions to dismiss is set for **11:00 a.m. on August 8, 2013** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). The briefing schedules for all of the motions to dismiss remain unchanged.

IT IS SO ORDERED.

Dated: July 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge