United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, ET AL., | No. C-13-01735 DMR |
| Plaintiff(s), | **ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE REVISED FIRST AMENDED COMPLAINT [DOCKET NO. 62]** |
| v. | |
| GREGORY ALAN PICKETT, ET AL., | |
| Defendant(s). | |

The court is in receipt of Plaintiffs' motion for leave to file a revised first amended complaint. [Docket No. 62.] The court has already granted Plaintiffs leave to amend certain claims in an order dated October 3, 2013. *See* Docket No. 59. The motion is therefore **denied as moot** with respect to the request to amend the claims. Plaintiffs shall file their revised first amended complaint so long as it is consistent with the October 3 order.

In addition, Plaintiffs move for leave to add Mike Pickett as a party defendant. The parties are ordered to meet and confer as to whether there are any objections to Plaintiffs doing so. If there are not, Defendants must file a statement of non-opposition to this aspect of the motion by October 31, 2013. *See* Civil L.R. 7-3(b).

IT IS SO ORDERED.

Dated: October 21, 2013

DONNA M. RYU
United States Magistrate Judge