William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Ann-Catherine Padian (State Bar No. 253919)
apadian@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
GREGORY ALAN PICKETT, PENNY JANE
PICKETT, and BOBBIE WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD and LINDA S. WARD,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY ALAN PICKETT, PENNY JANE PICKETT, BOBBIE WHITE, ERIN ROTHFUSS, WACHOVIA NATIONAL BANK, and DOES 1 through 10,<br><br>Defendants. | Case No.  CV 13-01735 DMR<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO EXCUSE PENNY JANE PICKETT FROM ATTENDING SETTLEMENT CONFERENCE**<br><br>Date:              November 7, 2013<br>Time:             9:30 a.m.<br>Courtroom:    G, 15th Floor<br>Magistrate Judge:  Joseph C. Spero |

TO ALL PARTIES AND COUNSEL OF RECORD:

On October 21, 2013, counsel for defendant Penny Jane Pickett ("Mrs. Pickett") filed a letter addressed to the Honorable Joseph C. Spero requesting that Mrs. Pickett be excused from attending the settlement conference currently set in this matter for November 7, 2013.  Having considered the information provided in defendant's request and good cause appearing:

///

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed] Order Granting Request to Excuse
Penny Jane Pickett from Settlement Conference         - 1 -                               28725\3925352.1
Case No. CV 13-01735 DMR

1   IT IS ORDERED Penny Jane Pickett's request to be excused from attending the
2   settlement conference in this matter currently set for November 7, 2013, at 9:30 a.m. in
3   Courtroom G of this Court is GRANTED.

5   Dated: October __23__, 2013

                                                            _____
                                                            JOSEPH C. SPERO
                                                            United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] Order Granting Request to Excuse
Penny Jane Pickett from Settlement Conference     - 2 -                                28725\3925352.1
Case No. CV 13-01735 DMR