UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, ET AL., | No. C-13-01735 DMR |
| Plaintiff(s), | **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD DEFENDANT MIKE PICKETT [DOCKET NO. 62]** |
| v. | |
| GREGORY ALAN PICKETT, ET AL., | |
| Defendant(s). | |

On October 17, 2013, Plaintiffs filed a motion for leave to amend certain claims and to name Mike Pickett as a defendant. [Docket No. 62.] On October 21, 2013, the court denied the motion for leave to amend the claims as moot, and ordered Defendants to file a statement of non-opposition if they did not have objections to Plaintiffs adding the new defendant. [Docket No. 65.] On October 25, 2013, all Defendants remaining in the case filed a statement of non-opposition to Plaintiffs' motion to add the new defendant. [Docket No. 71.] Accordingly, Plaintiffs' motion for leave to name Mike Pickett as an additional defendant is **granted**.

IT IS SO ORDERED.

Dated: October 28, 2013

DONNA M. RYU
United States Magistrate Judge