**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHARLES E. WARD, ET AL.,                    No. C-13-01735 DMR

12 |         Plaintiff(s),                       **ORDER TAKING MOTION TO DISMISS QUIET TITLE CLAIM AGAINST GREGORY ALAN PICKETT AND PENNY JANE PICKETT [DOCKET NO. 78] UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

13 |         v.

14 | GREGORY ALAN PICKETT, ET AL.,

15 |         Defendant(s).
    _____/

16

17 TO ALL PARTIES AND COUNSEL OF RECORD:

18       The court has received the motion to dismiss filed by Defendants Gregory Alan Pickett and

19 Penny Jane Pickett.  [Docket No. 78.]  The court finds that the matter is appropriate for resolution

20 without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the January 9, 2014 hearing on the motion is hereby **VACATED**.  The court will issue a written order on the motion.

21       The Case Management Conference previously scheduled for January 9, 2014 has been

22 CONTINUED to **February 5, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

23 **January 29, 2014.**

24

25       IT IS SO ORDERED.

26 Dated:  January 2, 2014

27                                              _____
                                               DONNA M. RYU
                                               United States Magistrate Judge

28