1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorney Name:          Allen J. Baden
                        Edge Law Group
Attorney Address:       236 N. Santa Cruz Ave., Suite 228
                        Los Gatos, CA 95030-7279
Phone Number:           408-827-4461
Facsimile Number:       408-827-4296
E-mail Address:         abaden@edgelawgroup.com
California Bar No.:      255805

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CHARLES E. WARD AND LINDA S. WARD,

     *Plaintiffs*,

v.

GREGORY ALAN PICKETT, PENNY JANE PICKETT, MICHAEL PICKETT, BOBBIE WHITE, WELLS FARGO BANK, N.A. (SUCCESSOR TO WELLS FARGO SOUTHWEST, N.A. AKA WACHOVIA NATIONAL BANK), AND DOES 1 THROUGH 10,

     *Defendants*.

_____/

Case Number: C 13-01735 (DMR)

**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF GREGORY ALAN PICKETT, PENNY JANE PICKETT, MICHAEL PICKETT, BOBBIE WHITE, WITH PREJUDICE**

**STIPULATION**

By and through their respective undersigned counsel, plaintiffs Charles E. Ward and Linda S. Ward (the "Wards") and defendants Gregory Alan Pickett, Michael Pickett, and Bobbie White (collectively referred to herein as "Defendants"), having entered into a settlement agreement that disposes of all claims herein, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Wards and the Defendants (hereinafter collective referred to as the "Parties") hereby stipulate that Plaintiffs' claims against the Defendants shall be dismissed, with prejudice, as the Parties have reached an acceptable resolution of all differences among them related to this action. The Parties shall bear their respective costs, expenses, and attorneys' fees.

1        IT IS SO STIPULATED AND AGREED.

2

DATED: June 30, 2014                    By:  /s/Allen J. Baden
3                                             Allen J. Baden
                                              Edge Law Group
4                                             236 N. Santa Cruz Avenue, Suite 228
                                              Los Gatos, CA 95030-7279
5                                             408-827-4461 Telephone
                                              408-827-4296 Fax
6                                             abaden@edgelawgroup.com
                                              California Bar No. 255805
7                                             Counsel for the Plaintiffs

8

9    DATED: June 30, 2014                    By:  /s/William P. Keane/
                                              William P. Keane, Esq.
10                                            Farella Braun + Martel LLP
                                              235 Montgomery St., 17th Floor
11                                            San Francisco, CA 94104
                                              wkeane@fbm.com
12                                            California Bar No. 124756
                                              Counsel for Defendants Gregory Alan
13                                            Pickett, Michael Pickett, and Bobbie
                                              White
14

15

16

17

18   4816-8691-6892, v. 1

19

20

21

22

23

24

25

26

27

28

CASE NUMBER: C 13-01735 (DMR)

STIPULATION TO DISMISS DEFENDANTS          -2-

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTICT OF CALIFORNIA

3    OAKLAND DIVISION

4

5    CHARLES E. WARD AND LINDA S.          Case Number: C 13-01735 (DMR)
     WARD,
6          *Plaintiffs*,                    [~~PROPOSED~~] ORDER FOR
                                           DISMISSAL OF GREGORY ALAN
7    v.                                    PICKETT, PENNY JANE PICKETT,
                                           MICHAEL PICKETT, BOBBIE
8                                          WHITE, WITH PREJUDICE
     GREGORY ALAN PICKETT, PENNY JANE
9    PICKETT, MICHAEL PICKETT, BOBBIE
     WHITE, WELLS FARGO BANK, N.A.
10   (SUCCESSOR TO WELLS FARGO
     SOUTHWEST, N.A. AKA WACHOVIA
11   NATIONAL BANK), AND DOES 1
     THROUGH 10,
12         *Defendants*.
13   _____/

14         Pursuant to the stipulation of the Parties, Plaintiffs' action against Gregory Alan

15   Pickett, Michael Pickett, and Bobbie White is hereby dismissed with prejudice.

16   IT IS SO ORDERED.

17   Dated: July _1_, 2014

18

19                                         _____
                                           Hon. Judge Donna M. Ryu
20                                         United States Magistrate Judge

21

22

23

24   4816-8691-6892, v. 1

25

26

27

28