| | |
|---|---|
| Attorney Name: | Allen J. Baden |
| | Edge Law Group |
| Attorney Address: | 236 N. Santa Cruz Ave., Suite 228 |
| | Los Gatos, CA 95030-7279 |
| Phone Number: | 408-827-4461 |
| Facsimile Number: | 408-827-4296 |
| E-mail Address: | abaden@edgelawgroup.com |
| California Bar No.: | 255805 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHARLES E. WARD AND LINDA S. WARD,<br>　　*Plaintiffs*,<br><br>v.<br><br>GREGORY ALAN PICKETT, MICHAEL PICKETT, BOBBIE WHITE, WELLS FARGO BANK, N.A. (SUCCESSOR TO WELLS FARGO SOUTHWEST, N.A. AKA WACHOVIA NATIONAL BANK), AND DOES 1 THROUGH 10,<br>　　*Defendants*.<br>_____/ | Case Number: C 13-01735 (DMR)<br><br>**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF GREGORY ALAN PICKETT, PENNY JANE PICKETT, MICHAEL PICKETT, AND BOBBIE WHITE WITH PREJUDICE** |

## **STIPULATION**

By and through their respective undersigned counsel, plaintiffs Charles E. Ward and Linda S. Ward (the "Wards") and defendants Gregory Alan Pickett, Michael Pickett, and Bobbie White (collectively referred to herein as "Defendants"), having entered into a settlement agreement that disposes of all claims herein, and all claims against former Defendant Penny Jane Pickett having been previously dismissed by the Court, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Wards and the Defendants (hereinafter collective referred to as the "Parties") hereby stipulate that Plaintiffs' claims against the Defendants shall be dismissed with prejudice. The parties request that the Court retain jurisdiction over the Action for purposes of enforcing the Settlement Agreement

between the Parties.  The Parties shall bear their respective costs, expenses, and attorneys' fees.

   IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED: July 1, 2014 | By:   /s/Allen J. Baden<br>Allen J. Baden<br>Edge Law Group<br>236 N. Santa Cruz Avenue, Suite 228<br>Los Gatos, CA 95030-7279<br>408-827-4461 Telephone<br>408-827-4296 Fax<br>abaden@edgelawgroup.com<br>California Bar No. 255805<br>Counsel for the Plaintiffs |
| DATED: July 1, 2014 | By:   /s/William P. Keane/<br>William P. Keane, Esq.<br>Farella Braun + Martel LLP<br>235 Montgomery St., 17th Floor<br>San Francisco, CA 94104<br>wkeane@fbm.com<br>California Bar No. 124756<br>Counsel for Defendants Gregory Alan Pickett, Michael Pickett, and Bobbie White |

4816-8691-6892, v. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES E. WARD AND LINDA S. WARD,<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY ALAN PICKETT, MICHAEL PICKETT, BOBBIE WHITE, WELLS FARGO BANK, N.A. (SUCCESSOR TO WELLS FARGO SOUTHWEST, N.A. AKA WACHOVIA NATIONAL BANK), AND DOES 1 THROUGH 10,<br>    *Defendants*.<br>_____/ | Case Number: C 13-01735 (DMR)<br><br>[PROPOSED] **AMENDED ORDER FOR DISMISSAL OF GREGORY ALAN PICKETT, PENNY JANE PICKETT, MICHAEL PICKETT, AND BOBBIE WHITE, WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, Plaintiffs' action against Gregory Alan Pickett, Michael Pickett, and Bobbie White is hereby dismissed with prejudice. All claims against former Defendant Penny Jane Pickett were previously dismissed with prejudice by Order of this Court. The Court hereby retains jurisdiction over the Action for purposes of enforcing the Settlement Agreement between the Parties.

IT IS SO ORDERED.

Dated: July 1, 2014

_____
Hon. Judge Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu* (court seal)